# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Glen Ellyn Pharmacy, Inc.
                                  Plaintiff,

v.                                                          Case No.: 1:09–cv–03323
                                                              Honorable William T. Hart

Quintiles Consulting, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2009:

      MINUTE entry before the Honorable William T. Hart:Motion hearing set for 7/16/2009 is stricken. Defendant Wyeth's motion for extension of time to 7/28/2009 to answer or otherwise plead [25] is granted. Status hearing reset to 7/30/2009 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.