IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |  | |
|---|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. 09 CV 3323 | |
| | ) | | |
| QUINTILES CONSULTING, INC. and WYETH (INC.), | ) ) ) | Judge Hart | |
| | ) | | |
| Defendants. | ) | | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal this action with prejudice and without costs.

This dismissal does not in any way affect the claims of the putative class in this action.

Respectfully submitted,

**PLAINTIFF**                                               **DEFENDANTS**

**GLEN ELLYN PHARMACY, INC.**              **QUINTILES CONSULTING, INC.**

s/Daniel A, Edelman                                      s/Bart T. Murphy
By one of its attorneys                                   By one of its attorneys
Daniel Edelman                                              Bart T. Murphy # 6181178
Julie Clark                                                       Ice Miller, LLP
Edelman, Combs, Latturner & Goodwin LLC    2300 Cabot Dr., Ste. 455
120 S. LaSalle St., 18th Fl.                            Lisle, IL 60532
Chicago, IL 60603                                          630-955-6392
312-739-4200

**WYETH (INC.)**

s/Peter A. Tomaras
By one of its attorneys
Peter A. Tomaras
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., Ste. 3000
Chicago, IL 60606
312-201-2647

6