## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 3323 | **DATE** | 8/12/2009 |
| **CASE TITLE** | Glen Ellyn Pharmacy, Inc. Vs. Quintiles Consulting Inc., et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation, plaintiff's individual claims are dismissed with prejudice and without costs and the putative class claims are dismissed without prejudice and without costs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|